UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80302-CIV-CANNON

**HOWARD COHAN**,

    Plaintiff,

v.

**ZEN SUSHI AND ROBATA GRILL OF BOCA RATON, LLC**
*a Florida Limited Liability Company,*
*d/b/a Zen Sushi*,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Second Notice of Voluntary Dismissal [ECF No. 10], filed on April 30, 2024. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITH PREJUDICE** against Defendant, effective April 30, 2024, the date on which Plaintiff filed the Second Notice of Voluntary Dismissal [ECF No. 10].

    The Clerk of Court shall **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 1st day of May 2024.

                                  **AILEEN M. CANNON**
                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record